1  BRIAN J. STRETCH
2  United States Attorney
   DEBORAH LEE STACHEL
3  Acting Regional Chief Counsel, Region IX
   Social Security Administration
4  SHARON LAHEY
5  Special Assistant United States Attorney
   160 Spear Street, Suite 800
6  San Francisco, California  94105
   Telephone: 415-977-8963
7  Facsimile: 415-744-0134
8  E-mail: Sharon.Lahey@ssa.gov

9  ATTORNEYS FOR DEFENDANT

10                     **UNITED STATES DISTRICT COURT**

11                     **NORTHERN DISTRICT OF CALIFORNIA**

12                                **SAN JOSE DIVISION**

13
                                          )
14  KRISTIN L. McCULLOUGH,                )
                                          )  Case No.: 5:16-cv-00625-BLF
15           Plaintiff,                   )
                                          )  **STIPULATION AND ~~PROPOSED~~ ORDER**
16      vs.                               )  **FOR EXTENSION OF TIME FOR**
                                          )  **DEFENDANT TO RESPOND TO**
17  CAROLYN W. COLVIN,                    )  **PLAINTIFF'S MOTION FOR SUMMARY**
        Acting Commissioner of Social Security, )  **JUDGMENT**
18                                        )
             Defendant.                   )
19

20       IT IS HEREBY STIPULATED, by and between Kristin L. McCullough (Plaintiff) and Carolyn

21  W. Colvin, Acting Commissioner of Social Security (Defendant), by and through their respective

22  counsel of record, that the time for Defendant to respond to Plaintiff's motion for summary judgment

23  (Docket No. 12) be extended by 30 days, from August 10, 2016 to September 9, 2016.  This is the first

24  extension of time requested in the above-captioned matter.  Defendant requests this additional time so

25  that she may continue to consider the possible settlement of this matter without further briefing.

26  / / /

27  / / /

28  / / /

STIPULATION & PROPOSED ORDER (CASE NO. 5:16-cv-00625-BLF)

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Date: August 8, 2016                SACKETT AND ASSOCIATES


By:  /s/ *Harvey Peter Sackett**
HARVEY PETER SACKETT
Attorneys for the Plaintiff
(*Authorized by email on August 8, 2016)

Date: August 8, 2016                BRIAN J. STRETCH
United States Attorney


By:  /s/ *Sharon Lahey*
SHARON LAHEY
Special Assistant United States Attorney

## **ORDER**

Good cause appearing, pursuant to stipulation, IT IS SO ORDERED. Defendant shall file her response to Plaintiff's Motion for Summary Judgment on or before September 9, 2016. Any reply thereto shall be filed on or before September 23, 2016.

DATE: August 8, 2016

*[signature]*
HON. BETH LABSON FREEMAN
UNITED STATES DISTRICT JUDGE